UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Efrain Tarax Tarax, *et al.*,

    Plaintiffs,

—v—

Blossom West Inc., *et al.*,

    Defendants.

19-cv-6228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Case Management Plan entered in this case, the parties were to submit a letter by December 22, 2019 indicating whether they sought referral to a Magistrate Judge for a settlement conference. Dkt. No. 29. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before January 16, 2020.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1