USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Efrain Tarax Tarax, *et al.*,

    Plaintiffs,

—v—

Blossom West Inc., *et al.*,

    Defendants.

19-cv-6228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A post-discovery status conference in this matter is currently scheduled for March 27, 2020. Dkt. No. 29. Given Judge Parker's extension of discovery in this matter, Dkt No. 41, the status conference is hereby ADJOURNED to April 21, 2020 at 3:45 P.M.

SO ORDERED.

Dated: March 3, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1