UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/20

Efrain Tarax Tarax, *et al.*,

                Plaintiffs,

–v–

Blossom West Inc., *et al.*,

                Defendants.

19-cv-6228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A post-discovery status matter conference is currently scheduled for May 1, 2020. On April 15, 2020, the Court ordered the parties to submit a joint letter seven days in advance of that conference, or on April 24, 2020. Dkt. No. 44. The parties failed to submit this letter.

    The parties are ordered to submit a status letter no later than May 7, 2020. The post-discovery status conference in this matter is hereby adjourned to May 22, 2020 at 3:45 P.M.

    SO ORDERED.

Dated: April 30, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge