UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2021

Tarax Tarax, *et al.*,

               Plaintiffs,

–v–

Blossom West Inc, *et al.*,

               Defendant.

19-cv-6228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As stated at the pre-trial conference held on April 28, 2021, a jury trial in this matter is scheduled to begin on October 4, 2021. Motions in limine are due August 23, 2021. All other pre-trial submissions are due August 31, 2021. A final pre-trial conference is scheduled for September 24, 2021 at 2:00 P.M. Finally, the parties are to submit a letter within two weeks informing the Court of when the settlement conference with Magistrate Judge Parker will occur.

      SO ORDERED.

Dated: April 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge