UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

**EFRAIN TARAX TARAX, GETULIO LOPEZ MURILLO, MANUEL JESUS SONTAY HERRERA and SANTOS TARAX,** *individually and on behalf of others similarly situated,*

Plaintiffs,

—against—

1:19-cv-06228-JSR

**BLOSSOM WEST INC. (D/B/A BLOSSOM ON COLUMBUS), RONEN SERI, RAMIRO RAMIREZ, JESUS DOE and CHINO DOE,**

Defendants.

————————————————————————x

## ORDER

Plaintiff Manuel Jesus Sontay Herrera having failed to appear for the trial by jury of this action scheduled for April 4, 2022 and otherwise having failed to prosecute this action, on motion of defendants Blossom West Inc. (d/b/a Blossom on Columbus) and Ramiro Ramirez, pursuant to Fed. R. Civ. P. 41(b), and no opposition thereto having been filed, it is

ORDERED that this action and all claims of plaintiff Manuel Jesus Sontay Herrera be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b), and that the Clerk of Court enter judgment accordingly, with costs as taxed; and it is further

ORDERED that the Court shall retain jurisdiction over said plaintiff and his present and former attorneys for any additional relief pursuant to Fed. R. Civ. P. 11, 28

U.S.C. § 1927, the Court's inherent authority, and otherwise, upon appropriate notice and that said plaintiff's attorneys shall remain responsible for receiving and transmitting papers and notice to said plaintiff until further order of the Court.

Dated: New York, New York
April __, 2022

                                                                                                   _____
                                                                                                         U.S.D.J.