```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

EFRAIN TARAX TARAX, GETULIO LOPEZ
MURILLO, and SANTOS TARAX,

    Plaintiffs,

    -v-

BLOSSOM WEST INC. (D/B/A BLOSSOM
ON COLUMBUS), and RAMIRO RAMIREZ,

    Defendants.

------------------------------------

19-cv-6228 (JSR)

PRELIMINARY JUDGMENT

JED S. RAKOFF, U.S.D.J.

    A jury trial began in this action on April 5, 2022. At the close of defendants' case on April 6, 2022, the Court entered a directed verdict, on plaintiffs' motion, holding that defendants were liable to each of the plaintiffs on their claims for violations of the wage notice and wage statement requirements of the New York Labor Law and awarding $30,000.00 to plaintiffs on their claims. Subsequently, on April 8, 2022, the jury returned a verdict finding defendants liable for compensatory and liquidated damages in the amounts set out in the verdict form, totaling $48,012.00, for plaintiffs' remaining claims. However, the jury further determined that Mr. Ramirez acted in good faith in connection to certain claims and thus is not liable for liquidated damages.

    Accordingly, preliminary judgement is entered in favor of plaintiffs against defendants jointly and severally in the

amount of $54,006.00, and against defendant Blossom West, Inc. individually in an additional amount of $24,006.00.

The Court will separately consider the matters regarding pre-judgment interest, costs and attorney's fees, after which the Clerk of the Court will enter final judgment. Plaintiffs are instructed to file their papers regarding pre-judgment interest, costs and fees by April 22, 2022. Defendants' response is due by May 20, 2022.

SO ORDERED.

Dated: New York, New York

April 8, 2022

_____
Jed. S. Rakoff, U.S.D.J.