UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFRAIN TARAX TARAX, GETULIO LOPEZ
MURILLO, and SANTOS TARAX, *individually and
on behalf of others similarly situated,*

                         *Plaintiffs,*

        -against-

BLOSSOM WEST, INC. (D/B/A BLOSSOM ON
COLUMBUS), and RAMIRO RAMIREZ,

                         *Defendants.*

Docket No.: **19-cv-06228 (JSR)**

**<u>JUDGMENT</u>**

A jury trial began in this action on April 5, 2022. At the Close of Defendants' case on April 6, 2022, the Court entered a directed verdict, on Plaintiffs' motion, holding that Defendants were liable to each of the Plaintiffs on their claims for violations of the wage notice and wage statement requirements of the New York Labor Law and awarding $30,000.00 to Plaintiffs on their claims. Subsequently, on April 8, 2022, the jury returned a verdict finding Defendants liable for compensatory and liquidated damages in the amounts set out in the verdict form, totaling $48,012.00, for Plaintiffs' remaining claims. However, the jury further determined that Mr. Ramirez acted in good faith in connection to certain claims and thus is not liable for liquidated damages.

Judgment is entered in favor of Plaintiffs against Defendants jointly and severally in the amount of $54,006.00, and against Defendant Blossom West, Inc. individually in an additional amount of $24,006.00. The Court also awards Plaintiffs the sum of $44,535.00 for Attorneys' fees and costs and a sum of $11,663.30 in prejudgment interest for which Defendants are jointly and severally liable.

Dated: New York, New York

_____ 7/18, 2022

Jed S. Rakoff, U.S.D.J.